UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDN GLOBAL INC., et al., | § § § § | |
| *Plaintiffs*, | | |
| v. | § § § § § § § | Civil Action No. 3:23-CV-00355-X |
| AT&T MOBILITY SERVICES LLC, et al., | | |
| *Defendants*. | | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff EDN Global Inc's Motion to Withdraw David M. Medina as Counsel. (Doc. 71). The Court DENIES the Motion WITHOUT PREJUDICE. The Court will entertain such a motion once Plaintiffs find substitute counsel.

According to the Motion, lead counsel has sadly passed away. That leaves Mr. Medina as the only counsel of record. "The rule is well established that a corporation can appear in a court of record only by an attorney at law."[1] As Plaintiff EDN Global Inc. is a corporate entity, it cannot be left unrepresented.

**IT IS SO ORDERED** this 4th day of September, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *Southwest Exp. Co., Inc. v. I. C. C.*, 670 F.2d 53, 55 (5th Cir. 1982).

1